**Slip Op. 99-59**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: SENIOR JUDGE NICHOLAS TSOUCALAS

| | | |
|---|---|---|
| | : | |
| KOYO SEIKO CO., LTD. and | : | |
| KOYO CORPORATION OF U.S.A., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Court No. 97-04-00580 |
| | : | |
| THE UNITED STATES and THE UNITED | : | |
| STATES DEPARTMENT OF COMMERCE, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| THE TIMKEN COMPANY, | : | |
| | : | |
| Defendant-Intervenor. | : | |
| | : | |

**J U D G M E N T**

On May 4, 1998, the Court remanded this case to the Department of Commerce, International Trade Administration ("Commerce"), to correct certain clerical errors arising from Commerce's administrative review, entitled Tapered Roller Bearings and Parts Thereof, Finished and Unfinished, From Japan, and Tapered Roller Bearings, Four Inches or Less in Outside Diameter, and Components Thereof, From Japan; Final Results of Antidumping Duty Administrative Reviews and Termination in Part, 62 Fed. Reg. 11,825 (Mar. 13, 1997). Specifically, the Court remanded to Commerce to (1) deduct discounts and/or rebates from gross unit price in calculating home market revenue for constructed export price profit; (2) recalculate profit for constructed value without double-counting profit for TRB cups and cones split from TRB sets; and (3) deduct pre-sale inland freight from home market sales to certain after-market customers for which the deduction should have been made.

On July 20, 1998, Commerce filed its Final Results of Redetermination Pursuant to Court Remand, Koyo Seiko Co. Ltd. v. United States, Slip Op. 98-58 (May 4, 1998) ("Remand Results") with the Court. Commerce having complied with this Court's remand order and no comments to the Remand Results having been submitted, it is hereby

**ORDERED** that the Remand Results are affirmed, and all other issues having been previously decided, it is further

**ORDERED** that this case is dismissed.

_____
NICHOLAS TSOUCALAS
SENIOR JUDGE

Dated: July 8, 1999
      New York, New York